AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JONATHAN MALLARD, on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>CLUB EXPLORIA, LLC, d.b.a. Exploria Resorts<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | 18-cv-80958-Rosenberg/Reinhart |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CLUB EXPLORIA, LLC
d.b.a Exploria Resorts
c/o Registered Agent
Cogeny Global Inc.
115 N Calhoun Street
Suite 4
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz, Esq.
The Moskowitz Law Firm
2 Alhambra Plaza, Suite 601
Coral Gables, FL. 33134
Tel: (305) 740-1423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____07/20/2018_____

Steven M. Larimore
Clerk of Court

s/ L. Harris
Deputy Clerk
U.S. District Courts