UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80958-RLR

JONATHAN MALLARD,

    Plaintiff,

v.

CLUB EXPLORIA, LLC,

    Defendant.
_____/

**DEFENDANT CLUB EXPLORIA, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a), Defendant Club Exploria, LLC (Defendant) requests an order granting it an extension of time through August 27, 2018, to serve a response to Plaintiff Jonathan Mallard's (Plaintiff's) complaint. In support of this request, Defendant states as follows:

1. On July 20, 2018, Plaintiff commenced this action by filing a complaint against Defendant.

2. On July 23, 2018, Plaintiff served process on Defendant.

3. Defendant's response to the complaint is currently due by August 13, 2018.

4. Defendant requests a brief two-week extension of time to prepare a response to the complaint. Defendant's counsel was only recently retained, and has not yet had an adequate opportunity to review the complaint or to investigate the allegations. Doing so, and preparing an adequate response to the complaint, will require additional time.

5. Plaintiff's counsel does not oppose the relief requested herein.

6. As required by Local Rule 7.1(a)(2), this motion is accompanied by a proposed order.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting it through August 27, 2018, to serve a response to the complaint.

Dated: August 6, 2018

Respectfully submitted,

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500

Counsel for Defendant Club Exploria, LLC

## CERTIFICATE OF SERVICE

I certify that on August 6, 2018, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

s/Brian W. Toth

#59198301_v1