UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80958-RLR

JONATHAN MALLARD,

    Plaintiff,

v.

CLUB EXPLORIA, LLC,

    Defendant.
_____/

**ORDER**

Before the Court is Defendant Club Exploria, LLC's (Defendant's) Unopposed Motion for Extension of Time to Respond to the Complaint (the Motion). The Court being fully advised, it is

ORDERED and ADJUDGED as follows:

1.    The Motion, ECF No. 5, is GRANTED.

2.    Defendant has through August 27, 2018, to serve its response to the complaint.

DONE and ORDERED in Chambers in West Palm Beach, Florida on August ___ 2018.

                                                              ROBIN L. ROSENBERG
                                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record