UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80958-RLR

JONATHAN MALLARD,

       Plaintiff,

v.

CLUB EXPLORIA, LLC,

       Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jonathan Mallard and Defendant Club Exploria, LLC file this stipulation of dismissal with prejudice of all claims in this action. Each party is to bear his or its own attorney's fees and costs.

| | |
|---|---|
| s/Adam M. Moskowitz<br>Adam M. Moskowitz, Esq.<br>adam@moskowitz-law.com<br>Howard M. Bushman, Esq.<br>howard@moskowitz-law.com<br>Joseph M. Kaye, Esq.<br>joseph@moskowitz-law.com<br>THE MOSKOWITZ LAW FIRM, PLLC<br>2 Alhambra Plaza<br>Suite 601<br>Coral Gables, FL 33134<br>Tel: (305) 740-1423<br><br>Daniel C. Girard (*pro hac vice*)<br>dcg@girardgibbs.com<br>Angelica M. Ornelas (*pro hac vice*)<br>amo@girardgibbs.com<br>Simon S. Grille (*pro hac vice*)<br>sg@girardgibbs.com<br>GIRARD GIBBS LLP<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Tel: (415) 981-4800<br><br>*Counsel for Plaintiff and the Proposed Class* | s/Brian W. Toth<br>Brian W. Toth<br>Florida Bar No. 57708<br>brian.toth@hklaw.com<br>Cory W. Eichhorn<br>Florida Bar No. 576761<br>cory.eichhorn@hklaw.com<br>Manuel Miranda<br>Florida Bar No. 119302<br>manuel.miranda@hklaw.com<br>HOLLAND & KNIGHT LLP<br>701 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>Telephone: (305) 374-8500<br><br>*Counsel for Defendant Club Exploria, LLC* |

## CERTIFICATE OF SERVICE

I certify that on September 24, 2018, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

s/Brian W. Toth